850 A.2d 617

**Richard WALKER**

v.

**WORKERS' COMPENSATION APPEAL BOARD (TEMPLE UNIVERSITY HOSPITAL).**

**Petition of Temple University Hospital.**

Supreme Court of Pennsylvania.

May 4, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 4th day of May, 2004, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Commonwealth Court is VACATED, *see Caso v. WCAB*, 790 A.2d 1078 (Pa.Cmwlth.2002), and the matter is REMANDED to the Commonwealth Court for consideration of Petitioner's remaining claims raised before that tribunal.